**WEXLER WALLACE LLP**
Mark J. Tamblyn (State Bar No. 179272)
Email: mjt@wexlerwallace.com
Neha Duggal (State Bar. No 251336)
Email: nd@wexlerwallace.com
455 Capitol Mall, Suite 231
Sacramento, California  95814
Telephone: (916) 492-1100
Facsimile: (916) 492-1124

Attorneys for Defendant
*American Classifieds LLC*

**BRANCART & BRANCART**
Christopher Brancart (State Bar No. 128475)
Email: cbrancart@brancart.com
Elizabeth Brancart (State Bar No. 122092)
Email: ebrancart@brancart.com
Post Office Box 686
Pescadero, California 94060
Telephone: (650) 879-0141
Facsimile: (650) 879-1103

Attorneys for *Plaintiffs*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, INC., a Virginia non-profit corporation; and FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, a California non-profit corporation,<br><br>                    Plaintiffs,<br><br>      v.<br><br>AMERICAN CLASSIFIEDS LLC, a Nevada limited liability company; and WANT ADS of VISALIA, INC., a California corporation dba AMERICAN CLASSIFIEDS;<br><br>                    Defendants. | Case No. 1:09-cv-01189 AWI (DLB)<br><br>**STIPULATION TO AMEND SCHEDULING ORDER;  ORDER; DECLARATION OF MARK J. TAMBLYN IN SUPPORT** |

This stipulation is entered into by and between Plaintiffs National Fair Housing Alliance, Inc. and Fair Housing Council of Central California (collectively, "Plaintiffs") and Defendants American Classifieds LLC and Want Ads of Visalia, Inc., by and through their counsel of record. This stipulation is made in consideration of the following facts and circumstances:

1. Attorneys of record for American Classifieds LLC, Wexler Wallace LLP, intends to file a motion for leave to withdraw as counsel of record, pursuant to the California Rules of Professional Conduct, Rule 3-700(c)(1)(f) and Local Rule 182(d) no later than July 8, 2010.

2. In light of the need to provide the adequate twenty-eight (28) day notice for hearing on the withdrawal motion under Local Rule 230(b) and, if granted, reasonable additional time for appearance of susbstitute counsel, the parties believe that an amendment to the Scheduling Order [Dkt. No. 15] is appropriate under the circumstances.

3. The parties propose an amendment to the current case schedule to provide for approximately an additional two (2) months, as follows:

| Event | Original Date | Proposed New Date |
|---|---|---|
| Deadline to disclose expert witnesses | July 12, 2010 | October 7, 2010 |
| Deadline to disclose supplemental experts | August 7, 2010 | November 17, 2010 |
| Discovery Deadline | September 17, 2010 | December 6, 2010 |
| Deadline to file Non-Dispositive Pre-Trial Motions | October 6, 2010 | December 6, 2010 |
| Deadline for Non-Dispositive Pre-Trial Motions to be heard | October 29, 2010 | January 7, 2011 |
| Deadline to file Dispositive Motions | November 5, 2010 | January 14, 2011 |
| Deadline for Dispositive Motions to be heard | December 6, 2010 | February 14, 2011 |
| Pre-Trial Conference | January 20, 2011 at 8:30 a.m. | March 14, 2011 at 8:30 p.m. |
| Trial | March 1, 2011 at 9:00 a.m. | May 10, 2011 at 9:00 p.m. |

Dated: July 8, 2010            Respectfully submitted,

                               **WEXLER WALLACE LLP**

                               By: /s/ *Mark J. Tamblyn*
                                   Mark J. Tamblyn

                               Attorneys for *American Classifieds LLC*

Dated: July 8, 2010            **BRANCART & BRANCART**

                               By: /s/ *Elizabeth Brancart*
                                   Elizabeth Brancart

                               Attorneys for *Plaintiffs*

Dated: July 8, 2010            **LAW OFFICES OF JAMES C. HOLLAND**

                               By: /s/ *James C. Holland*
                                   James C. Holland
                               Attorneys for *Want Ads of Visalia, Inc.*

IT IS SO ORDERED.

   Dated:   **July 13, 2010**              /s/ *Dennis L. Beck*
                                       UNITED STATES MAGISTRATE JUDGE