BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  cbrancart@brancart.com
  Elizabeth Brancart (SBN 122092)
  ebrancart@brancart.com
Post Office Box 686
Pescadero, CA 94060
Tel:  (650) 879-0141
Fax:  (650) 879-1103

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, INC., a Virginia non-profit corporation; and FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, a California non-profit corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>AMERICAN CLASSIFIEDS LLC, a Nevada limited liability company; and WANT ADS of VISALIA, INC., a California corporation dba AMERICAN CLASSIFIEDS;<br><br>    Defendants. | **Case No. 1:09-cv-01189-AWI-MJS**<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>**(ECF No. 23)** |

Based on the joint application of the parties, and good cause appearing

therefor, IT IS HEREBY ORDERED that the existing scheduling order (ECF No. 23) is modified as follows:

| No. | Event | Current Date | New Date |
|---|---|---|---|
| 1 | Discovery Deadline | 12-6-10 | 2-7-11 |
| 2 | Nondispositive Motion Filing Deadline | 12-6-10 | 2-7-11 |
| 3 | Nondispositive Motion Hearing Deadline | 1-7-11 | 2-18-11 |
| 4 | Dispositive Motion Filing Deadline | 1-14-11 | 3-18-11 |
| 5 | Dispositive Motion Hearing Deadline | 2-14-11 | 3-28-11 |
| 6 | Pretrial Conference | 3-14-11 | 5-18-11 |
| 7 | Trial | 5-10-11 | 7-12-11 |

IT IS SO ORDERED.

Dated:   December 6, 2010        /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE