1   BRANCART & BRANCART
   Christopher Brancart (SBN 128475)
2   cbrancart@brancart.com
   Elizabeth Brancart (SBN 122092)
3   ebrancart@brancart.com
  Post Office Box 686
4   Pescadero, CA 94060
  Tel:   (650) 879-0141
5   Fax:   (650) 879-1103

6   Attorneys for Plaintiffs

7

8   LAW OFFICE OF JAMES C. HOLLAND
   James C. Holland (SBN 134233)
   jim@jchollandlaw.com
9   134 North Conyer St.
  Visalia, CA 93291
10   Tel: (559) 741-1112
  Fax: (559) 741-1113

11

12   Attorneys for Defendants

13

14               **UNITED STATES DISTRICT COURT**

15             **EASTERN DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| **NATIONAL FAIR HOUSING ALLIANCE, INC., a Virginia non-profit corporation; and FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, a California non-profit corporation,** | **Case No. 1:09-cv-01189-AWI-MJS** <br><br> **JOINT APPLICATION AND STIPULATION RE FILING FIRST AMENDED COMPLAINT; ORDER** |
| **Plaintiffs,** | |
| **vs.** | |
| **AMERICAN CLASSIFIEDS LLC, a Nevada limited liability company; WANT ADS of VISALIA, INC., a California corporation dba AMERICAN CLASSIFIEDS; and THRIFTY NICKEL ADS LLC,** | |
| **Defendants.** | |

28      The parties hereby apply for and stipulate to issuance of an order granting

plaintiffs leave to file a first amended complaint adding Thrifty Nickel Ads LLC

as a defendant in this action.  A copy of the proposed first amended complaint is attached hereto.

There is good cause to grant the parties' request.  Plaintiffs seek to add Thrifty Nickel Ads LLC as a defendant for purposes of making it a party to the proposed consent decree and final order lodged herewith in the settlement of this action.

So stipulated.

Dated:  February 2, 2011.          BRANCART & BRANCART

/s/   Christopher Brancart
Christopher Brancart
cbrancart@brancart.com
Attorneys for Plaintiffs

LAW OFFICE OF JAMES HOLLAND

/s/ James C. Holland

James C. Holland
jim@jchollandlaw.com
Attorney for Defendants

## ORDER

Based upon the foregoing application and stipulation, and good cause appearing therefor,  IT IS HEREBY ORDERED that the proposed first amended complaint be filed by the plaintiffs as attached in docket entry No. 38.

IT IS SO ORDERED.

Dated:     February 14, 2011          /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE

-2-