1   BRANCART & BRANCART
      Christopher Brancart (SBN 128475)
2   cbrancart@brancart.com
      Elizabeth Brancart (SBN 122092)
3   ebrancart@brancart.com
    Post Office Box 686
4   Pescadero, CA 94060
    Tel:   (650) 879-0141
5   Fax:   (650) 879-1103

6   Attorneys for Plaintiffs

7
    LAW OFFICE OF JAMES C. HOLLAND
8     James C. Holland (SBN 134233)
      jim@jchollandlaw.com
9   134 North Conyer St.
    Visalia, CA 93291
10  Tel: (559) 741-1112
    Fax: (559) 741-1113
11
    Attorneys for Defendants
12

13                  **UNITED STATES DISTRICT COURT**

14              **EASTERN DISTRICT OF CALIFORNIA**

15
    **NATIONAL FAIR HOUSING**          )   **Case No. 1:09-cv-01189-AWI-MJS**
16  **ALLIANCE, INC., a Virginia**     )
    **non-profit corporation; and**    )   **CONSENT DECREE**
17  **FAIR HOUSING COUNCIL OF**        )
    **CENTRAL CALIFORNIA, a**          )
18  **California non-profit corporation,** )

19            **Plaintiffs,**          )

20            **vs.**                  )

21  **AMERICAN CLASSIFIEDS LLC,**      )
    **a Nevada limited liability company;** )
22  **WANT ADS of VISALIA, INC.,**     )
    **a California corporation dba**   )
23  **AMERICAN CLASSIFIEDS; and**      )
    **THRIFTY NICKEL ADS LLC,**        )
24  **a Nevada limited liability company,** )

25            **Defendants.**          )
                                       )
26

27          This action was brought by plaintiffs National Fair Housing

28  ("NFHA") and the Fair Housing Council of Central California ("FHCCC") against

    defendants American Classifieds LLC, Thrifty Nickel Ads LLC, and Want Ads of

1   Visalia, Inc. alleging that defendants violated the federal Fair Housing Act, 42

2   U.S.C. §§ 3601, *et seq.*, and California Fair Employment and Housing Act,

3   Government Code §§ 12955, *et seq.* by publishing advertisements stating a

4   discriminatory preference.  Defendants have denied all material allegations in the

5   complaint.

6       The parties have agreed that in order to avoid protracted and costly

7   litigation, the controversy should be resolved without a trial or adjudication on the

8   merits and therefore have consented to entry of this decree and order.  By entering

9   into this consent decree and final order ("Decree"), defendants make no admission

10  of liability or wrongdoing in connection with the allegations and claims made by

11  plaintiffs.

12      It is hereby ordered, adjudged and decreed that:

13                    **Monetary Payments**

14      1.      Defendants shall make a total monetary payment in the amount of one

15  hundred sixty thousand dollars ($160,000.00).   The payments shall be made in

16  three installments as follows:   The first installment shall be in the amount of sixty

17  thousand dollars ($60,000.00) and is due within 30 days of the date of lodging of

18  this proposed Decree.  The second installment  shall be in the amount of sixty

19  thousand dollars ($60,000.00) and is due within 60 days of the date of lodging of

20  this proposed Decree.  The third installment  shall be in the amount of forty

21  thousand dollars ($40,000.00) and is due within 90 days of the date of lodging of

22  this proposed Decree.   Each payment shall be made in the form of a check or

23  checks made payable to the Attorney-Client Trust Account of Brancart &

24  Brancart, and delivered to plaintiffs' counsel, Brancart & Brancart, 8205

25  Pescadero Road, Loma Mar, CA 94021   Following receipt of all monetary

26  payment described above, plaintiffs' counsel shall file the executed Joint

27  Application and Stipulation Re Dismissal, subject to the terms of this Decree.

28

1

**Mutual Release**

2      2.      NFHA, FHCCC and defendants shall execute a mutual release

3   indicating that this consent decree and final order constitutes a full and final

4   settlement of any and all claims that they have related to this action.  That mutual

5   release shall include a waiver of Civil Code section 1542, and include all known

6   and unknown claims.

7

**Equitable Terms**

8      3.      Defendant American Classifieds LLC and Thrifty Nickel Ads LLC,

9   and their owners, officers, or managers shall comply with the following terms for

10  the duration of this Decree:

11  **a.      General:**  American Classifieds LLC and Thrifty Nickel LLC shall

12          comply with all federal laws prohibiting discrimination in the advertisement

13          of housing including, but not limited to, the Fair Housing Act, and the

14          federal regulations implementing the Fair Housing Act located at 24 C.F.R.

15          section 100 *et seq.*

16  **b.      Websites.**   The websites, www.americanclassified.com and

17  www.tnol.com, are owned and operated by Thrifty Nickel Ads LLC.  The

18          terms in this section apply to each of those websites and to any successor

19          website installed by defendants replacing them.

20  (1)      Thrifty Nickel Ads LLC shall revise the Member Agreement for

21          americanclassifieds.com and tnol.com by adding the following

22          additional language under "Information":

23                  **Housing Discrimination is Illegal.**  You acknowledge

24                  that no advertisement for rental or sale of residential

25                  property (a house, apartment, mobile home, boarding

26                  house, etc.) that you list on this website may state a

27                  discriminatory preference based on race, color, religion,

28                  sex, handicap or disability, familial status, national

origin (and in certain states on the basis of marital status, source of income, age or sexual orientation), or an intention to make any such preference, limitation, or discrimination.  Examples of discriminatory advertisements including "No Kids," "Adults Only," "Single Person," "Couple Only," "Perfect for Older Adult."  A statement that the housing is limited to seniors or persons with disabilities is allowed if the property is HUD-qualified housing for the elderly or persons with disabilities, or is 55+ or 62+ Housing for Older Persons.

(2)     Thrifty Nickel Ads LLC shall revise the Ad Placement Policies for AmericanClassifieds.com and tnol.com by adding the following additional language under "Free and Paid Ads":

"May not state a discriminatory preference based on race, color, religion, sex, handicap or disability, familial status, national origin, (and in certain states on the basis of marital status, source of income, age or sexual orientation), or an intention to make any such preference, limitation, or discrimination, in any advertisement concerning the sale or rental of a dwelling."

(3)     If Thrifty Nickel Ads LLC allows users to directly place advertisements on AmericanClassifieds.com or tnol.com, then any user directly placing an advertisement under the category "Real Estate" shall be required, prior to placing that advertisement, to acknowledge that he or she understands that

"Housing Discrimination is Illegal.  Any ad found to state a discriminatory preference based on race, color,

-4-

religion, sex, handicap or disability, familial status,
national origin, (and in certain states on the basis of
marital status, source of income, age or sexual
orientation) will be removed immediately from this
website."

(4)    Thrifty Nickel Ads LLC shall post a header that would be clearly
visible to any user browsing the "Real Estate" category on
AmericanClassifieds.com or tnol.com that states

"The federal Fair Housing Act prohibits discrimination
in the rental or sale of housing to any person because of
race, color, religion, sex, handicap or disability, familial
status or national origin.  Discriminatory statements in
housing listings also are illegal," or words to that effect.

The header should serve as a link to the website's fair housing page,
as described below in paragraph (5).

(5)    Thrifty Nickel Ads LLC shall add a page to the
americanclassifieds.com and tnol.com websites, easily found through
a link at the bottom of the homepage, that includes a description of
the federal Fair Housing Act and links to the websites of HUD and
NFHA.  (A fair housing page similar to that published by Craigslist
shall constitute compliance with this provision.)

(6)    Thrifty Nickel Ads LLC shall make best efforts to remove
discriminatory housing advertisements from americanclassifieds.com
and tnol.com.  For purposes of this provision, the good faith
implementation of a screening or filter mechanism calculated  to
identifying discriminatory housing advertisements for purpose of

1     removal shall constitute best efforts.[1]

2     (7)     In the classified sections of americanclassifieds.com and tnol.com,

3     Thrifty Nickel Ads LLC shall include contact information for users to

4     report to Thrifty Nickel Ads LLC any advertisement for dwellings the

5     users believe are in violation of the Fair Housing Act. Thrifty Nickel

6     Ads LLC shall review that advertisement in a timely manner and

7     make best efforts to cease publication if they have a good faith belief

8     that the reported advertisement indicates any preference, limitation, or

9     discrimination because of race, color, religion, sex, disability, family

10     status, or national origin in violation of the Fair Housing Act.

11     **c.**     **Royalty and Employment Agreements.** American Classifieds LLC

12     shall amend or addend to all existing Licensing, Royalty and Employment

13     Agreements with its Publishers (a current list of which is attached as Exhibit

14     1 hereto) and Licensing, Royalty and Employment Agreements with all

15     future Publishers to require that each Publisher establish a protocol for

16     accepting and publishing advertisements for sale or rental of a dwelling so

17     as to ensure compliance with the federal Fair Housing Act. That protocol

18     (the "Publishing Protocol") shall include:

19     (1)     That the Publisher publish the following notice immediately under the

20     column header regarding dwellings for rent in the classified

21     advertisement section of each edition published stating,

22     "The federal Fair Housing Act prohibits discrimination

23     in the rental or sale of housing to any person because of

24

25     [1]For purposes of this Decree, "discriminatory advertisement" means any

26 housing advertisement that indicates any preference, limitation, or discrimination

27 because of race, color, religion, sex, disability, family status, or national origin in

28 violation of the Fair Housing Act.

1    race, color, religion, sex, handicap or disability, familial
2    status or national origin.  Discriminatory statements in
3    housing listings also are illegal," or words to that effect.
4    The notice shall be printed in type which is a similar size as the
5    column header for the column.
6    (2)    That the Publisher's staff shall read the following notice, or words to
7    the same effect, to any person who contacts the Publisher in person or
8    by telephone seeking to place an advertisement for the rental or sale
9    of housing before acceptance of the advertisement for publication:
10    "Before I take your ad, I need to advise you of the following: "It is
11    illegal to discriminate in the rental or sale of housing because of race,
12    color, religion, sex, familial status, national origin, or handicap or
13    disability."
14    This statement must be read to any person seeking for the first time to
15    place a classified advertisement for the rental or sale of housing with
16    the Publisher before the advertisement is accepted for publication.  As
17    to regular customers, who have already placed advertisements for the
18    rental or sale of housing and have been added to the Publisher's
19    customer database, it will not be necessary to reread this advisement
20    once that customer has been so advised.
21    (3)    That if the Publisher accepts advertisement placements by email or
22    fax, then the Publisher shall provide the user with a statement, by fax
23    or email, stating the following or words to the same effect:
24    "Before we process your ad, we need to advise you of the
25    following:  It is illegal to discriminate in the rental or
26    sale of housing because of race, color, religion, sex,
27    familial status, national origin, or handicap or disability."
28    As to regular customers, who have already placed advertisements for

1    the rental or sale of housing with the Publisher and have been added
2    to the Publisher's customer database, it will not be necessary to
3    retransmit this advisement once that customer has been so advised.

4    (4)   That the Publisher provide fair housing training to its staff involved
5    in the placement of real estate classified advertisement regarding
6    compliance with the requirements of the Fair Housing Act and the fair
7    housing laws of the state in which the Publisher is located, including
8    examples of advertisements that may be construed to state an
9    unlawful discriminatory preference (e.g., "couple preferred," or "one
10   person only"), such training to be at the Publisher's expense and
11   provided by an organization that has qualified for HUD funding
12   under the Fair Housing Initiatives Program (FHIP), and provided to
13   each staff person involved in the placement of real estate classified
14   advertisements within 90 days of the entry of this Decree, or within
15   30 days, or as soon as practicable, of that staff person's date of hire or
16   assumption of duties involving placement of real estate classified
17   advertisements.

18   (5)   That the Publisher shall make best efforts to review all advertisements
19   in the "Real Estate" category prior to their publication and
20   transmittal to American Classifieds or Thrifty Nickel Ads for
21   publication on its websites and make best efforts to identify and
22   remove any advertisements that state an unlawful discriminatory
23   preference.

24   (6)   That the Publisher, on a quarterly basis, run a quarter page fair
25   housing advertisement in its print editions in the real estate section,
26   chosen from samples provided by NFHA.  (Those advertisements
27   were developed by NFHA under its grant with HUD, have been
28   approved for publication by HUD, and are widely published in other

1   publications.)

2   (7)   That the Publisher shall advise American Classifieds LLC in writing

3        within 30 days of the Publisher's receipt of any judicial or

4        administrative complaint filed against the Publisher for allegedly

5        printing or publishing advertisements stating a discriminatory

6        preference in violation of the federal Fair Housing Act or applicable

7        state law.

8   American Classified LLC shall further amend or addend to the Licensing,

9   Royalty and Employment Agreements, both existing and future, to provide

10  that a Publisher's failure to establish and follow the terms of the Publishing

11  Protocol may be grounds for termination of the Licensing, Royalty and

12  Employment Agreement.

13  **d.    Breach.**  It shall be a material breach of this Decree if a Publisher

14  fails to run the required quarterly fair housing advertisements, or fails to

15  implement the Publishing Protocol pursuant to the Royalty and Employment

16  Agreement, and Americans Classifieds LLC fails to enforce the Publishing

17  Protocol through its  Licensing, Royalty and Employment agreement with

18  that Publisher, subject to the notice provisions of paragraph 4 below and the

19  opportunity to cure.

20  4.    **Enforcement.**  If NFHA determines that an American Classifieds

21  LLC Publisher has printed or published an advertisement stating a discriminatory

22  preference or limitation in violation of the federal Fair Housing Act

23  ("discriminatory advertisement") or has otherwise failed to follow the Publishing

24  Protocol, it shall give American Classifieds notice of that alleged violation.

25  Pursuant to the terms of its Royalty and Employment Agreement, American

26  Classifieds shall have 30 days within which to cure the alleged violation as

27  follows:

28  a.    If it is the first discriminatory advertisement run by that Publisher,

1  then the advertisement must be removed as soon as practicable from the
2  americanclassifieds.com and tnol.com websites.  If the Publisher has failed
3  to implement or follow the Publishing Protocol, American Classifieds shall
4  notify the Publisher in writing, reminding them of their obligation to do so
5  under the its Licensing, Royalty and Employment Agreement and that
6  continued failure to follow the protocol could result in termination of that
7  agreement.  American Classifieds shall provide NFHA with proof of this
8  cure within 30 days of being notified by NFHA of the alleged
9  discriminatory advertisement.  The Publisher will also be required to
10 comply with the requirements of section 4(f) below.

11 b.      If there is a subsequent violation, resulting in two or more additional
12 discriminatory housing advertisements run by the Publisher within a six
13 month period, then American Classified shall take the steps outlined above
14 under 4(a) and below under 4(f) and shall notify the Publisher that its
15 privileges posting and receiving housing advertisements with
16 americanclassifieds.com or tnol.com may be suspended for one week for
17 subsequent violations.  American Classifieds shall provide NFHA with
18 proof of this cure within 30 days of being notified by NFHA of the alleged
19 discriminatory advertisement.

20 c.      If there is a further subsequent violation, resulting in two or more
21 additional discriminatory advertisements run by the Publisher within the
22 three month period, then American Classifieds shall take the steps outlined
23 above under 4(a) and below under 4(f) and that Publisher's privileges with
24 americanclassifieds.com and tnol.com shall be suspended for one week and
25 no advertisements from that Publisher may be placed on the website during
26 that time.  American Classifieds shall provide NFHA with proof of this cure
27 within 30 days of being notified by NFHA of the alleged discriminatory
28 advertisement.

d.      If there is a still further subsequent violation, resulting in two or more discriminatory advertisements run by the Publisher within the next three month period, then American Classified shall take the steps outlined above under 4(a) and under 4(f) below and that Publisher's privileges with americanclassifieds.com and tnol.com shall be suspended for two weeks and no advertisements from that Publisher may be placed on the website during that time.  American Classifieds shall provide NFHA with proof of this cure within 30 days of being notified by NFHA of the alleged discriminatory advertisement.

e.     If there is a still further subsequent violation, resulting in one or more additional discriminatory advertisements run by the Publisher within the next three month period, then that Publisher's privileges with americanclassifieds.com and tnol.com shall be suspended for another two weeks.  American Classifieds shall provide NFHA with proof of this cure within 30 days of being notified by NFHA of the alleged discriminatory advertisement.

f.     Whenever defendants observe or obtain notice of a discriminatory advertisement published by a Publisher, then American Classified, pursuant to its Licensing, Royalty and Employment Agreement with that Publisher, shall require the Publisher to remove the advertisement and run for at least one weekly publication a fair housing advertisement, similar in size and length as the discriminatory advertisement.  For purposes of compliance with this provision, fair housing advertisement that state, "Fair Housing is the Law.  Learn more at www.tnol.com/fair_housing," or words to that effect will be deemed compliance.

**5.   Reporting.**  American Classified and Thrifty Nickel Ads LLC shall report, as completed but at least annually, their completion and compliance with each of the provisions of this Decree, in the form of a letter, addressed to NFHA,

1  1101 Vermont Ave., NW, Suite 710, Washington, DC 20005, Attn: Anne

2  Houghtaling.    Copies of these reports may be made available to the Housing and

3  Civil Enforcement Section, Civil Rights Division, United States Department of

4  Justice, upon request by the United States or any party to this Decree.

5          **6.     Enforcement.**   The parties further agree that they will exhaust good

6  faith mediation attempts before requesting the assistance of the Court in resolving

7  any disputes that arise under the terms of this Decree.

8          **7.     Duration.**  This Decree shall be in effect for a period of three years

9  from the date of entry and the Court shall retain jurisdiction for purposes of

10  enforcement.  This Decree will terminate at the end of the three-year period.

11

12                    APPROVED as to content and form:

13

14                    BRANCART & BRANCART

15                    /s/ Christopher Brancart

16                    Christopher Brancart

17                    cbrancart@brancart.com

18                    Attorneys for Plaintiffs

19

20

21          LAW OFFICES OF JAMES HOLLAND

22                    /s/ James C. Holland

23                    James C. Holland

24                    james@jchollandlaw.com

25                    Attorney for Defendants

26

27

28

-12-

**Exhibit 1: "Publishers"**

*Alabama*

Birmingham, AL - American Classifieds

Dothan, AL - American Classifieds

Huntsville, AL - American Classifieds

Mobile, AL - American Classifieds

*California*

Visalia, CA - American Classifieds

*Colorado*

Colorado Springs, CO - American Classifieds

Fort Collins, CO - Thrifty Nickel

Pueblo, CO - American Classifieds

*Florida*

Fort Walton Beach, FL - American Classifieds

Merritt Island, FL - American Classifieds

Panama City, FL - American Classifieds

Pensacola, FL - American Classifieds

Tallahassee, FL - American Classifieds

*Georgia*

Atlanta, GA - American Classifieds

Columbus, GA - American Classifieds

Valdosta, GA - American Classifieds

*Iowa*

Davenport, IA - American Classifieds

*Idaho*

Boise, ID - American Classifieds

Idaho Falls/Pocatello, ID - American Classifieds

1    Twin Falls, ID - American Classifieds
2                    *Illinois*
3    Champaign, IL - American Classifieds
4    Peoria, IL - American Classifieds
5                    *Indiana*
6    Evansville, IN - American Classifieds
7    Indianapolis, IN - American Classifieds
8                    *Kentucky*
9    Owensboro, KY - American Classifieds
10                   *Louisiana*
11   Alexandria, LA - American Classifieds
12   Monroe, LA - American Classifieds
13   Shreveport, LA - American Classifieds
14                   *Kansas*
15   Kansas City, KS - American Classifieds
16                   *Missouri*
17   Kansas City, MO - American Classifieds
18   Saint Joseph, MO - American Classifieds
19   Springfield, MO - American Classifieds
20   Saint Louis, MO - American Classifieds
21                   *North Carolina*
22   Greensboro, NC - American Classifieds
23                   *Nebraska*
24   Lincoln, NE - American Classifieds
25   Omaha, NE - American Classifieds
26                   *New Mexico*
27   Clovis, NM - Thrifty Nickel
28   Roswell, NM - Thrifty Nickel

| | |
|---|---|
| 1 | Farmington, NM - American Classifieds |
| 2 | Hobbs, NM - Thrifty Nickel |
| 3 | Alamogordo, NM - American Classifieds |
| 4 | Las Cruces, NM - American Classifieds |
| 5 | Santa Fe, NM - Thrifty Nickel |
| 6 | *Oklahoma* |
| 7 | Lawton, OK - American Classifieds |
| 8 | Tulsa, OK - American Classifieds |
| 9 | *Tennessee* |
| 10 | Knoxville, TN - American Classifieds |
| 11 | *Texas* |
| 12 | Abilene, TX - American Classifieds |
| 13 | Amarillo, TX - American Classifieds |
| 14 | Beaumont, TX - American Classifieds |
| 15 | Bryan, TX - American Classifieds |
| 16 | Corpus Christi, TX - American Classifieds |
| 17 | Arlington, TX - American Classifieds |
| 18 | Denton, TX - American Classifieds |
| 19 | Fort Worth, TX - American Classifieds |
| 20 | Longview, TX - American Classifieds |
| 21 | Lubbock, TX - Thrifty Nickel |
| 22 | Odessa, TX - Thrifty Nickel |
| 23 | Paris, TX - American Classifieds |
| 24 | San Angelo, TX - American Classifieds |
| 25 | San Antonio, TX - American Classifieds |
| 26 | Temple-Killeen, TX - American Classifieds |
| 27 | Texarkana, TX - American Classifieds |
| 28 | Tyler, TX - American Classifieds |

1    Victoria, TX - American Classifieds

2    Waco, TX - American Classifieds

3    Wichita Falls, TX - American Classifieds

4    *Utah*

5    Orem, UT - American Classifieds

6

7    **ORDER**

8

9    IT IS SO ORDERED.

10

11   Dated: ____February 22, 2011____

     CHIEF UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28