James C. Holland, SBN 134233
Attorney at Law
134 North Conyer Street
Visalia, CA 93291
(559) 741-1112
FAX: (559) 741-1113

Attorney for Defendants WANT ADS OF VISALIA, INC., a California corporation dba AMERICAN CLASSIFIEDS; AMERICAN CLASSIFIEDS LLC, a Nevada limited liability company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NATIONAL FAIR HOUSING ALLIANCE, INC., a Virginia non-profit corporation; and FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, a California non-profit corporation,

Plaintiffs,

vs.

AMERICAN CLASSIFIEDS LLC, a Nevada limited liability company; and WANT ADS of VISALIA, INC., a California corporation dba AMERICAN CLASSIFIEDS;

Defendants.,

Case No. 1:09-cv-01189-AWI-MJS

STIPULATION AND ORDER EXTENDING TIME ON CONSENT DECREE FOR DEFENDANTS TO SECURE FHA TRAINING

The parties hereto, by and through their attorneys of record, do hereby stipulate and agree as follows:

Whereas, Defendants have completed all monetary payments provided by the Consent Decree dated February 23, 2011 (Document # 43), and

Whereas, substantial effort was undertaken to effectuate the modifications to the American Classifieds/TNOL website(s) provided by the Consent Decree, and such modifications have now been substantially completed, and

Whereas, accomplishing the FHA training for staff of over 60 separate operators of

American Classifieds' local advertising papers provided by the Consent Decree is taking more time than was anticipated when settlement was reached upon the terms of the Consent Decree,

Defendants shall be allowed additional time, through and including September 30, 2011, in which to complete the FHA training as provided in the Consent Decree.

Dated: June 9, 2011

/s/ James C. Holland
James C. Holland, Attorney for Defendants

BRANCART & BRANCART

Dated: June 9, 2011

/s/ Christopher Brancart
By: Christopher Brancart, Attorneys for Plaintiffs

**ORDER**

Pursuant to the parties stipulation,

IT IS SO ORDERED.

Dated: June 15, 2011

CHIEF UNITED STATES DISTRICT JUDGE